☞ **ORIGINAL**

**JUDGE GRIESA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v -                            :        NOTICE OF INTENT TO
                                        FILE AN INFORMATION
MICAH FINKEL,                      :
                                        **07 CRIM. 303**
        Defendant.                :

- - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
          March 29, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney

                      By: _____
                         Jeffrey A. Brown
                         Assistant United States Attorney

                        AGREED AND CONSENTED TO:

ELECTRONICALLY FILED
APR 11 2007

                     By: _____
                         Joel Rudin
                         Attorney for Micah Finkel

4/11/07   WHEEL A