**MEMO ENDORSED**

LAW OFFICES OF
### JOEL B. RUDIN

200 WEST 57TH STREET
SUITE 900
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/07

May 1, 2007

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007

RECEIVED
MAY 2 2007
CHAMBERS OF
[JUDGE GRIESA]

Re:  United States v. Micah Finkel
     07 Cr. 303 (TPG)

Dear Judge Griesa:

I represent defendant Micah Finkel in the above-referenced matter. I am writing to seek the Court's approval for Mr. Finkel to travel to New Jersey, on May 11, 2007, specifically to Rudolph Bass Woodworking Equipment, 45 Halladay Street, Jersey City, New Jersey 07304, Tel. (201) 433-3800, to sell some of his woodworking equipment. As your Honor is aware, Mr. Finkel is scheduled to be sentenced on August 15. He has had a carpentry business and is selling his equipment in anticipation of serving a prison sentence.

Assistant United States Attorney Jeffrey Brown, and Pretrial Services Officer Clay Smith, have consented to this request.

Thank you for your Honor's cooperation in this matter.

Respectfully submitted,

*[signature]*

Joel B. Rudin

JBR/tp

*Approved.*
*Thomas P. Griesa*
*USDJ   5/3/07*

LAW OFFICES OF
# JOEL B. RUDIN

Honorable Thomas P. Griesa
May 1, 2007
Page 2


cc:   Jeffrey Brown, Esq.
      Assistant United States Attorney

      Mr. Clay Smith
      Pretrial Services Officer