● **Circle on the Dot Woodworks, LLC.**

135 Plymouth St., Suite 604, Brooklyn, New York 11201 [p] 917.697.0155 [f] 718.855.7627

The Honorable Judge Thomas P. Griesa                    May 18, 2007
Senior United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007


Dear Judge Griesa,


At the time of my arrest in July of 2006, for charges I am now facing in Florida, I was scheduled (fall 2006) to attend a school for fine woodworking in Maine, namely the Center for Furniture Craftsmanship in Rockport. It was a very exciting time for my now wife and me. We were very much in love and made a plan to leave New York City in search of a life together somewhere else. She had moved to Maine in around May to prepare and I was to meet her there after finishing a job commitment I had in New York City (Devin Restaurant). In June we found out that she was pregnant, and I proposed marriage. I was arrested in mid July.


Meghan, my wife, and I met a few months after this conspiracy occurred, in May 2005. It had been about 4 years since I had entered into t this conspiracy, and having made a choice to head down that road, I was living in a secretive and dangerous way for all that time. Just before she came into my life, my ability and desire to maintain that way of life had begun crumbling. I was experiencing some very real and painful feelings about myself. I was overwrought with guilt and shame at what my life had become, and was driven by a strong desire to be free from the need to be involved in dangerous behavior. Still, I wasn't sure I'd be able to hold myself together. I was a wreck, and in a pretty deconstructed fragile state. Somehow, Meghan saw something in me she could believe in, and so with deep change already stirring within me, and a true love to bolster that change, the groundwork was laid.


During that time, I also found professional help so that I could fully understand and disarm the motivations that had led me down that path in the first place. From May of 2005 to about August 2005, I saw a psychiatrist (Dr. Ronald B. Cohen), who gave me anti-anxiety and anti-depression

**Circle on the Dot Woodworks, LLC.**
135 Plymouth St., Suite 604, Brooklyn, New York 11201  [p] 917.697.0155 [f] 718.855.7627

medication, and helped me with psychotherapy.  I felt I had stabilized a bit, and so stopped taking medication in favor of hard work.  I began seeing, and continue to see, a psychologist (Dr. Susan Wilder) twice a week, in October 2006 again for psychotherapy. Both of these individuals have been enormously helpful to me (especially Dr. Wilder) in understanding and deconstructing why I felt the need to behave in the manner I did, and in raising my awareness of what events trigger those feelings in me in the first place.

I have a very loving and supportive family.  My parents care about me and my well being enormously, and my actions have hurt and shamed them very much.  Despite that, since my arrest in July 2006 my family has grown closer in ways that I don't think we would have otherwise.  It is bittersweet to have to learn about the bonds of love through such heartbreak, but their faith in me surely helps me look forward.

I have been working in cabinetry and woodworking in New York City since about 2001.  Though at times my involvement in my work was undercut by my counterproductive behavior, I have been working very hard since my near breakdown in May 2005.  Presently, I am still working hard at it and enjoy it.  I plan on returning to it when I am released.  Through my work I am able to feel a strong sense of commitment, purpose, and best of all fulfillment.  I am lucky to have love in my life and a highly involved and supportive family to also return to.  Over the next few years, I will unfortunately miss many of the formative moments in my son's life.  These, of course, are moments whose value is incalculable, and having robbed myself of them, my punishment is truly in the intense pain I feel, and will feel, at not being there for him, and my wife.

With my arrest in July 2006 and the subsequent birth of my son in January 2007, I feel I was literally given the ingredients I needed to fully grow up into a mature and responsible individual, who also is able to function and serve as a valuable addition to society.

**Circle on the Dot Woodworks, LLC.**
135 Plymouth St., Suite 604, Brooklyn, New York 11201  [p] 917.697.0155 [f] 718.855.7627

It is very painful for me to think about my wife and son managing alone while I am away.  I am angry at myself for putting them (among many others) through this, and deeply ashamed at my behavior, but the depth and intensity of those feelings reassures me that I never want to let us all down again.

Very truly yours,

5/18/07

Micah Finkel

## SUSAN WILDER, Ph.D.

PSYCHOLOGIST

138 NASSAU BOULEVARD
WEST HEMPSTEAD, NEW YORK 11552
(516) 747-5352

May 17, 2007

To Whom It May Concern:

I am writing this letter in support of Micah Finkel. Mr. Finkel first came to see me for a consultation on October 17, 2006. He was looking for professional help in the attempt to understand the behavior that resulted in him facing a prison sentence. Mr. Finkel was appropriately confused and distraught regarding this behavior that has caused so much pain and suffering to both himself and to his family. After our initial consultation, he began individual psychotherapy twice a week.

Mr. Finkel is completely responsible about attending his sessions; he never misses a session and is extremely engaged in the process of self-reflection. He is willing to take responsibility for his thoughts and feelings in a mature manner and he is very regretful over his past behavior.

Mr. Finkel described to me a life-long history of self destructive behavior that started when he was a young adolescent. Over the course of his work in psychotherapy, Mr. Finkel has been able to begin to identify his feelings, understand and take responsibility for them, and act in a mature, thoughtful way.

Mr. Finkel recently had a baby son and is married. He very much wants to be a good father to his son and husband to his wife. He speaks hopefully about becoming a responsible cabinetmaker and woodworker after he serves his prison sentence. I would say, that in my professional opinion, Mr. Finkel has matured greatly; he has developed an observing ego and responsible, thoughtful heart. I hope the court will take into account his true remorse and his commitment to his continued personal growth when considering his sentencing.

Sincerely,

Susan Wilder, Ph.D.

Susan Wilder, PhD

The Honorable Judge Thomas P. Griesa                              June 6, 2007
Senior United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Dear judge Griesa,

My name is Meghan Finkel. I am Micah's wife. I've known Micah for two years. We have a 4-month-old son together and two dogs. I love my family with all my heart.

Please understand that my intention in writing this letter is not to excuse Micah or diminish the importance of what he did. I am writing so that you have a better idea of who my husband is.

I met Micah as he was making big changes in his life. I didn't realize at the time I was entering in the midst of those changes. It wasn't until later that I came to understand that he had gone through some very troubling times in his past.

My husband is now as he was when we met, but even more so. These are the characteristics that I believe identify him: Kind. Generous. Loyal. Peaceful. Hard working. Compassionate. Sensitive. Funny. Creative. Truly genuine. Micah carries himself with these attributes not only with his family and friends, but also with total strangers.

As our relationship moved forward and I learned that he was in the process of changing, I watched as he made deep commitments within himself to figure out and remedy the nature of his problems. He's been in psychotherapy twice since we became a couple, and most recently (since the fall of 2006 when he started going again), I've noticed positive changes in him because of his involvement.

As a father, Micah is simply exceptional. He supports us financially through his woodworking business (where he has been working frantically to cover our expenses if he has to go away), he takes turns with me waking up in the middle of the night to feed our son (then goes to work all day), and he is responsible, attentive, and truly loving to him as well. He has exceeded all my expectations of what a good father ought to be like.

Even at four months, our son is already bonded to his father and I am very concerned about how all of this will effect his development. It will no doubt not be easy for us if Micah has to go away.

As I have come to understand and know, Micah has taken a great many strides to make himself into a better person. He is a great asset to his many clients and colleagues, as well as his friends and family. I cannot help but wonder how justice for a person like this is best served, especially when he has already worked so hard to rehabilitate himself.

Sincerely,

Meghan Finkel

Honorable Thomas P. Griesa
Senior United States District Judge
District of New York
500 Pearl Street
New York, New York 10007

July, 2007

Dear Judge Griesa:

On August 15th, our son, Micah Finkel, will come before your Honor to be sentenced. Since his arrest one year ago, we have struggled day and night to try to understand how and why he made the choices he did, and what we did or didn't do that has brought all of us to this wretched crossroads. For us, his sentence began the day he was arrested, last July. We are heart broken. We believe we are good, hard-working, concerned and generous contributors to our community and country. It may seem odd to you, given the circumstances, but if you knew Micah, you would say all of the above about him too. We don't live in the past, but there are things we need to tell you about Micah.

Like many parents of our generation, we have always been very involved in the lives of our children. Our kids would say to a fault. We know Micah. We are furious with him and yet we adore him. As a child, we watched him strive and grow through his elementary school years into a wonderful teenager. Studying and preparing for his Bar Mitzvah at 13 was a breeze. Academic certificates of excellence and honor roll fill files in our cabinet. Athletic achievement awards likewise. Looking back, I think he was the kid every parent wished was theirs. He thrived during summer vacations at sports camps, and also spent a few weeks each summer attending various Outward Bound Programs, thereby combining his love of nature and personal challenge. Testimony to his spirit and leadership qualities is evident in a letter saved from his Maine, Outward Bound Instructor.

Grades 9-12 went similarly. He received varsity sports letters in both soccer and lacrosse, tackled advanced placement academic courses, was admitted to the National Honor Society, served as a class officer and was chosen by his peers and teachers, upon graduation, to receive Cold Spring Harbor High School's Humanitarian Award. It was during these years that he developed a passion for music and "The Grateful Dead."

He attended the University of Michigan, graduating with honors in 4 years as a Bachelor of Science. He worked part-time through his college years, rising at 5 a.m. to

bake bread at a renowned campus commercial bakery, Zingerman's. Summers were productive and meaningful too– one at a National Outdoor Leadership School (NOLS) in Alaska (letter of commendation enclosed), another becoming certified as a Wilderness Emergency Medical Technician. He spent a semester abroad in Botswana, Africa and returned to school with a renewed interest in water conservation (see School for International Training evaluation). During these years we became more separate from each other, as is age appropriate. He was still the same wonderful, caring, sensitive, open, funny, hard-working guy we loved.

Upon graduation Micah was immediately hired by the U.S. Forrest Service, a highly coveted job among his fellow Environmental Science graduates. It was a physically grueling and challenging seasonal job in the wilderness surrounding Wrangell, Alaska. This tenure was followed by the enclosed letter of commendation. Still committed to working within the field of his major studies, he was then hired by an Italian company and relocated to Atlanta to help them start an American branch of their existing company doing river reclamation work in the southeast of the U.S. They closed their office and he returned to New York working temporarily as a handyman at the Cherry Lane Theatre while considering attending graduate school. It was during this time that he also wrote and produced a puppet show for children at the Cherry Lane, the proceeds of which were donated to a charity supporting children with AIDS. (see enclosed flyer designed by him) Undecided about a career path, he began working at the on-line division of The New York Times. A lover of the outdoors and nature, working at a computer all day in a small cubicle was not for him. Very disappointed and scared for his future, he left this job and field to begin working as an apprentice in a field that had always appealed to him, woodworking.

It was at this time that we began to become very concerned about Micah. He had met and fallen hard for a gorgeous, high-rolling, drug using, fashion model. (Later we learned she had been diagnosed as bi-polar.) She had lots of money. He had none. Micah became evasive, undependable, inconsistent, nasty, argumentative and self-destructive. He took chances and put himself in harms way. He looked messy and dirty and began speaking differently. Therapists were tried but none stuck. Conversations late into the night deteriorated into crying and yelling.

During 2005, more than a year before he was arrested, he made a commitment to psychological counseling. He was done with the Sports Illustrated bathing suit model, he was done running and hustling, he wanted to learn his craft, he began building his own business, he moved home to assure us of his commitment to getting better and he subsequently met his present wife.

Before Micah's sentencing in Florida in June and his present incarceration in Brooklyn, Micah made a commitment to working this past year with an excellent psychotherapist twice a week. As a result he has come to better understand the issues from his past that contributed to his illegal activities and relationships. He is a kind, thoughtful, creative, idealistic and loving young man who, as a result of his arrest last July, has grown up very quickly. He understands what the stimuli were for his actions

and what he must do now and in the future to remain an active and contributing member of our society. He was married in January to a very loving, strikingly honest and supportive woman and they now have a beautiful baby boy, 7 months old. Micah's wife, who works full-time, and his child, are both living with us as a result of this enforced separation. Micah owns a successful woodworking business in Brooklyn at which he worked 14 hour days in order to accumulate money for his family in his absence. This last year has afforded all of us the time to help each other in our grief and to cherish our relationship once again with each other.

As we are sure you can imagine, this is the saddest and most difficult time for our family and all those who love Micah. We have been overwhelmed by the emotional turmoil of the last year, but in spite of this, it has strengthened our bond and we will emerge stronger and closer when the crisis is over. We will do anything to help Micah realize his ultimate potential, as well as help him in the future put the shame of this behind him and move forward. He has a deep sense of right and wrong in spite of his past actions. He desires to live peacefully with his wife and child, to work hard as he always has, and to be free.

Your Honor, 32 years ago, we chose his name because we were touched by a quote from the Prophet Micah, "What doth the lord require of thee, but to do justly, love mercy, and walk humbly with your God." This seemed to describe the kind of person we hoped he would become. Micah's journey has not always mirrored those words, but we believe that he is now capable of achieving those characteristics.

We know your Honor has the difficult responsibility to impose punishment for Micah's wrongdoing. We beg you to search deeply within your heart to find a sentence that balances justice with mercy and allows Micah to continue on the path to recovery and rehabilitation surrounded by his wife, his son, and the other family members who love him.

Respectfully,

Noah Finkel
Chief of Staff, Huntington Hospital
President, NY State Orthopaedic Society, Emeritus
Board of Counselors, Amer. Acad. Orthopaedic Surgery, NY Rep.

Risa Finkel

# PUPPET SHOW — A BENEFIT

For Visiting Nurse Services and children with HIV+ and AIDS

## FEATURING

- Songs of the SEA
- Ferdinand the BULL
- The Missing Piece







La bella luna

THE CHERRY LANE THEATRE

38 Commerce St. (South of Christopher on 7th Avenue)

### SHOWTIME!

- July 26 → July 30 7:30PM
- July 31 → Aug. 1 1:00, 3:00, 7:30PM

### TICKETS: (At the Door)
ADULTS → $8
CHILDREN → $5

A SHOW of TIMELESS Stories FOR ALL AGES

For INFO CALL 917·927·6701

**Outward Bound.**

**VOYAGEUR**
**Outward Bound School**
P.O. Box 450
Ely, Minnesota 55731
Telephone (218) 365-5761



Dear Micah,

I'd like to thank you and congratulate you for enrolling in and successfully completing M509Y. I feel lucky to have gotten to meet you and get to know you and am glad you ended up in the AOP brigade. After meeting you and hearing what you had to say about what you had learned previously on your other OB experiences. I knew you understood what the point of this course was. You said that even though it was hard, you felt really good at the end and that that feeling was worth all the hardship and discomfort you might have encountered along the way. I knew that your positive attitude and previous experience would help the rest of the group to understand their Outward Bound experience.

You not only exhibited that understanding but you were able to be an effective leader and motivate the group. Your guidance as brigade leader when we crashed in to Mahomin Lake was well thought out and demonstrated your ability to incorporate safety and travelling efficiency in a diplomatic and effective way, and the group responded positively. With you as brigade leader, Margie and I felt comfortable intervening less. You consistently were willing to volunteer with out even knowing what job you were going to have to do. To me that indicates maturity in that you realize the reality of your situation and deal with accordingly. I know many adults who cant seem to make that connection and I commend your ability to do so. You were often able to maintain a good mood and inject your humor and genuine smile into the group and help lift their spirits and make the best of our day even if it was raining, again.

**REACHING INWARD — GROWING OUTWARD**
*Voyageur Outward Bound Celebrating 25 Years*

October 19, 1992

To Whom It May Concern,

I am delighted to write this letter of recommendation for Micah Finkel.(S.S # 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)
I have known Micah in an instructor-student relationship for a short time, but that time was
a revealing and intensive wilderness expedition that would equal perhaps years of the usual
contact between an instructor and student. The course was a National Outdoor Leadership
School or NOLS Alaska Prince William Sound Sea Kayaking Expedition. Sixteen students
and three instructors travelled the austere but beautifully rugged marine environment for a
month with no contact with the outside world. The course was physically and mentally
demanding. It placed students in stressful situations where teamwork was the only way for
the group to succeed. The course also offered university credits for successful candidates.

Micah has unlimited energy. He was quick to help others that were tired or needed
assistance to solve their camping problems. Particularly at the beginning of the course
Micah saw that the course needed a shove in the right direction for all to have a positive
successful experience. He provided the leadership and energy for this to happen. He did
this with a great deal of personal effort, effort that was above and beyond what the average
student would contribute.

As a sincere well meaning and inoffensive person Micah makes friends easily. A
number of times he was placed in charge of a group of peers and given a chance to be the
leader for the day. Each time this happened Micah performed in an excellent fashion. He
assessed the needs of others in an efficient manner . He was always sensitive to the
feelings of others and ready to be flexible so that the group had the best possible
experience.

If Micah is allowed to focus his energy he will be a credit to any institution of higher
learning.

Sincerely

Glen Pugh

Glen Pugh
Outdoor Education Resource Teacher
Frontenac County Board of Education
(1-613-544-6920)

You were a skilled paddler and you were extremely conscientious about travelling safely. Even though you're a strong paddler, you tempered your pace to allow all our canoes to stay within safe distance. That made my job a lot easier. You adapted quickly to the painful task of portaging and you were often willing to go back and help your group with extra stuff. Your perseverance and determination at rock climbing was inspiring, Micah. You had the disadvantage of knowing how it felt to climb rocks and knowing that it was particularly difficult for you. Despite that you attempted the two most difficult climbs there. You pushed yourself hard enough to fall. In my mind the more times you fall the more you learn because, its risktaking and that means reaching inside yourself. You also had the insight to separate your internal goals from the external pressures that define success arbitrarily. You were able to recognize that the definition of success is trying your hardest and being able to walk away with no regrets.

Micah, you were consistently cooperative and respectful when dealing with Margee and I. You were a good role model for the students and I observed you to be flexible, perceptive compassionate and self-reliant. I had a lot of fun with you on this course Micah I hope you have a good year and that I see you again at OB. Keep in touch.

Sincerely,
Amy



Cold Spring Harbor High School
Academic Excellence Award

This certifies that

Micah Finkel

achieved High Honor Status

during the marking period ending

January 29, 1993

Thomas M. Hall

Principal

# Cold Spring Harbor Junior High School



# ATHLETIC ACHIEVEMENT AWARD

*Presented to*

MICAH FINKEL

## SPORT

SOCCER

LACROSSE

SEAHAWKS

*Director of Athletics*

*Principal*

July 31, 2007

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street, Room 1630
New York, New York 10007

Re:    United States v. Micah Finkel
       07 Cr. 303 (TPG)

Dear Judge Griesa:

My name is Mollie Finkel. I am Micah's younger sister by three years. I live in Jackson Hole, Wyoming and work with an Orthopedic surgeon. I have lived here for two years, New York City prior to this.

I will keep this letter simple and precise. I have adored my older brother since the day I was born. I use the word "adored" because it implies an uncomplicated, unconditional type of childlike love. I have loved him in that way for 28 years. Micah has always been my sound-board, my voice of reason, my conscience, and my best friend. Micah is my favorite person.

Micah and I lived in NYC at the same time as young, single people. I have spent more time with my brother than with any other person. Our adventures and stories are endless and rich, filled with laughter and characters and personal growth. When I left New York, leaving him was the hardest part. I wept, purely and simply. As fate would have it, as soon as I moved, Micah met his future wife, Meagan. Instantly, he knew she was the one.

They were married in November 2006, in a very small ceremony in my parent's living room, filled with flowers, love, candles, and their two dogs. Meagan gave birth to their son, Wilder, in January 2007. He is a beautiful little boy. He looks like pictures of Micah at that age.

In the last two years, I have watched Micah grow into an incredible man. I see the man he is, know the man he wants to be, and believe in his abilities to grow and evolve into an even better person. He is a dedicated father and husband, but also a remarkable brother and friend. Despite his crime, he is still one of the best men I know. His love is true, as is his word. Micah is incredibly hard working and devotes himself fully to every task, be it small or large. Micah is kind to strangers, generous to those less fortunate, and keeps his heart open to all.

In 28 years, I have never seen my brother be malicious or act with bad intent to others. He has never knowingly harmed anyone, emotionally or physically, and speaks kindly of all people. He is a gentle soul. Your Honor, I know he made a mistake, but he is truly a fine gentle soul.

Honorable Thomas P. Griesa
July 31, 2007
Page 2

Please, your Honor, treat him kindly for he is deserving of this. Micah has grown and changed in many ways in the last year. He has blossomed in the face of responsibility and adversity. He is steadfast and strong, and unwavering in his calm. He is an incredible source of strength for his family, and a true testament to the power and will of the human spirit and the possibility of change and growth.

Micah is a fine person of value.

Thank you for considering this letter.

Respectfully,

Mollie Finkel

Mollie Finkel



The Honorable Judge Thomas P. Griesa
Senior United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

Wednesday, May 23rd, 2007

Dear Judge Griesa,

I am writing this letter in regards to my relationship with Micah Finkel, who I met in 2003. We were introduced by David Jiankowski, an electrician we both knew. As I learned that Micah was a carpenter and woodworker we started speaking about some needs I had at my restaurant, "Dylan Prime" in New York City. I then hired Micah to build three work stations in our main dining room. They were magnificent. Realizing that he possessed a sharp eye and great talent, I contracted him to build a beautiful leather banquette for our main dining room. Again he showed superior talent and timely service.

As I approached my next project, "Devin Tavern," in early 2005, I realized that I needed someone to execute and oversee the massive woodworking project. Micah and I were already very comfortable with our working relationship, so I approached him to bid on the job. He secured prices that worked for our budget and since I'd already experienced his commitment to detail and excellence, as well as being sensitive to deadlines, I felt very confident he could handle this much larger job.

We broke ground on this 10,000 sq ft project in March of '05.....the buildout was extremely hard for me as I had never acted as the General Contractor on any project this large. We built "Devin" from the ground up. I could not have made it without his help.

Micah was responsible for a huge amount of work. He built two bars and their back bars, all the decorative raised wood panels (hundreds of feet), a wine room, work stations, all decorative partitions, all decorative doors, all the tables and he also introduced me to some other young artisans who crafted all the iron work, and a leather worker who made all my unique food menus.

Micah was also slated to go to Maine halfway through the job, but since we were so behind he forewent that and stayed on to help me until the very end, again exhibiting his true character. As the job pressed on I was having trouble keeping everything running, as building a project in NYC is a frustrating and high stress task. Micah was a comforting sounding board throughout the whole ordeal. He was a source of strength that kept me calm through those many difficult and stressful months which turned into a year and a half, far longer than any of us expected. I can't stress enough how important he was to me both mentally and physically in making it through this rough time in my professional life. I owe him great thanks for a job well done and being a man of character.....

Respectfully Submitted,

John Mautone
(Owner)

363 GREENWICH STREET • NEW YORK NY 10013 • TEL 212 334 7337 • FAX 212 3347323

**Keith M. Fleischman**
**17 Cathlow Drive**
**Riverside, CT 06878**


May 18, 2007


The Honorable Thomas P. Griesa
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007


     Re:    *07 Cr. 303 (TPG)*

Dear Judge Griesa:

     I write this letter on behalf of Micah Finkel in connection with his sentencing.

     I am Micah's cousin and have come to know him over the years as a talented, gentle and extraordinarily good and decent young man.  He is facing the consequences of his regrettable, illegal conduct with dignity and courage.

     My perspective on Micah's present situation and his future is influenced not only by my personal knowledge of him but also by my years as a Federal Prosecutor in the Fraud Section of the Justice Department, as an Assistant United States Attorney, and as a prosecutor in the Bronx District Attorneys Office.  As such, I am no stranger to this process, and I appreciate both its importance to the administration of justice and the impact it has on lives and families.

     When I reconnected with Micah last year, I immediately recognized his fine character and basic goodness as well as the sheer stupidity of his actions.  At that time, I witnessed first hand the suffering and sadness that he and his family were enduring.  Micah's parents - - one is an accomplished surgeon and the other a gifted musician - - can barely fathom this surreal nightmare.  From the start of these proceedings, Micah, aware of the gravity of his situation, did something that speaks volumes about his character and potential.  He immediately acknowledged his actions, recognized that there were dire consequences, largely out of his control, and embarked on a radical change in his life.  He has sought with all his might to make amends for the terrible pain and damage he has done to himself and those around him as well as acknowledging how serious and potentially destructive his illegal actions were.  He is a new husband and father and seeks each day to improve himself and to learn from his mistakes.

The Honorable Thomas P. Griesa
May 18, 2007
Page 2


      While Micah is family, I do not for a moment condone or minimize his actions.  He must take full responsibility for breaking the law.  I believe in this past year he has held himself fully accountable and truly has begun his sentence as well as a new way of life.

      I believe Micah has already suffered greatly and paid a dear price.  I hope that as Your Honor considers Micah's sentence, you will consider his absolute contrition, the positive changes he has made in his life, and his considerable potential.  These changes, I believe, accurately reflect the truly fine and good core that resides within Micah.  While one purpose of the criminal justice system is to punish, another is to protect, not to destroy, a valuable future life.

      I hope that this letter is of some assistance as the Court makes its final assessment and determines Micah's immediate future.


Very truly yours,

Keith M. Fleischman


KMF:ds

cc:    Joel B. Rudin

The Honorable Judge Thomas P. Griesa
Senior United States District Judge
Southern District of New York
500 Pearl St.
New York, New York 10007

May 17, 2007


Dear Judge Griesa,


My name is Zachary Rodgers, and I'm a journalist, husband and father of two living and working in the greater New York City area.

I'm writing this letter to describe the character and personality of Micah Finkel, a friend for many years, as well as to describe the temporary changes I observed in his behavior during a period beginning around 2002 and ending in 2005.

I met Micah 13 years ago when we both attended the University of Michigan in Ann Arbor, Michigan as undergraduate students. We were classmates and eventually became close friends there. He was among the most hard working, generous and thoughtful people I knew. His unique interests included carpentry, literature and environmental biology, and he applied himself to their study with uncommon rigor for someone his age.

We graduated in 1997 and parted ways for a number of years. I moved to Portland, Oregon while he worked in scientific research on the East Coast and eventually settled in New York City. We sent letters and spoke occasionally on the phone, but didn't see each other in person for about three years. We reestablished contact in 2001 when I moved to New York to pursue a career in journalism. We'd meet perhaps once or twice a month, and everything he said and did was in keeping with the happy, gifted and diligent Micah I'd known years before in school.

Then came a change. I can't recall the exact dates, but it seems to me that in late 2002/early 2003 I observed my good friend had begun to withdraw from the world and to behave in increasingly nervous and unpredictable ways. It was around this time that he also began a romantic relationship with a woman I personally didn't like and didn't trust. Though I only met her a handful of times, at these times she was often intoxicated and struck me as verbally abusive toward Micah.

A year passed. Micah and I would often go a month or two without speaking, and when we did manage to talk on the phone or meet in person, the discussion was always rushed. He would only describe his life and work in the vaguest terms. I grew worried he was involved in illegal and dangerous activities, and I told him as much. He dismissed my concerns but acted guilty nonetheless.

Then, to my great relief, the old Micah returned. In early 2005, he began calling me more often and we resumed our twice-a-month meetings for coffee or dinner. He introduced me to a new person in his life -- his current wife, Meagan -- whom I greatly admire and believe has had

an excellent influence on him. In time, Micah told me he was ashamed of many recent decisions. He said he'd decided to devote himself full time to a career in carpentry, and he has done so.

In the two years since, the positive change in his life has showed itself to be permanent. He is happier, healthier and more at ease. Most recently I've been overjoyed to see Micah experience the pleasures of fatherhood, which has only deepened his devotion to family, career and community. He truly loves his son and I know he'll be a great dad.

It's clear to me now that Micah has completely left behind whatever troubles may have clouded his path in recent years, and I have no doubt he'll remain the upstanding and moral person he was when I met him and is today.

Regards,

Zachary Rodgers
17 Dutchess Terrace
Beacon, NY 12508
845-440-7674